UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINGVISION PAY-PER-VIEW CORP, LTD.,

    Plaintiffs,

v.                                                  CASE NO: 8:06-cv-889-T-23TGW

YBOR IGUANA, INC., et al.,

    Defendants.
_____/

## **ORDER**

    The court is advised of settlement in this case (Doc. 13).  Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on September 14, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy